IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DION A. BECKER,**

    **Plaintiff,**

v.                                             No. CV 14-0343 LH/LAM

**COUNTY OF BERNALILLO, et al.,**

    **Defendants.**

## SECOND ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte*. By order entered on May 5, 2014 (*Doc. 5*), the Court directed Plaintiff to make an initial payment towards the filing fee. Plaintiff has not made the payment. On June 4, 2014, the Court ordered Plaintiff to show cause why his complaint should not be dismissed. [*Doc. 9*]. In Plaintiff's response, filed on June 18, 2014, Plaintiff alleges that staff at the detention center have failed to respond to his requests for financial information or assistance in making the payment, and Plaintiff asks for additional time to comply. [*Doc. 10*]. Four months have passed, and Plaintiff has failed to comply with statutory filing requirements or Court orders. Plaintiff will be given another opportunity to show cause why his complaint should not be dismissed. Failure to comply with this Order may result in dismissal without further notice. *See Baker v. Suthers*, No. 00-1332, 9 Fed. Appx. 947, 950, 2001 WL 617549 (10th Cir. June 5, 2001) (unpublished) (affirming dismissal of a prisoner's complaint without prejudice for failure to pay the initial partial filing fee or show a legitimate or acceptable cause for not paying).

**IT IS THEREFORE ORDERED** that, **within fourteen (14) days from entry of this order**, Plaintiff shall make the previously ordered payment or otherwise show cause why this action should not be dismissed.

**IT IS SO ORDERED.**

*Lourdes A. Martínez*
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**